# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 22-04147  
**Case Name:** Southern Ridge LLC

**For Period Ending:** 09/30/2023

**Trustee Name:** (620060) David G. Rogers  
**Date Filed (f) or Converted (c):** 12/29/2022 (f)  
**§ 341(a) Meeting Date:** 02/09/2023  
**Claims Bar Date:** 05/02/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 100.00 | 100.00 | | 0.00 | FA |
| 2 | Checking Account at Cadence Bank | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3 | Misc Inventory and Supplies<br>Misc. Tools ;Blower; Weed Eater; Tiller; Compacter, Net Book Value: Unknown, Valuation Method: Recent cost | Unknown | Unknown | | 0.00 | FA |
| 4 | 2008 Toyota Truck | 2,000.00 | 2,000.00 | | 8,700.00 | FA |
| 5 | 2- Flatbed Trailers | 6,000.00 | 6,000.00 | | 8,625.00 | FA |
| 6 | Skid Steer 1 | 25,000.00 | 8,754.04 | | 30,100.00 | FA |
| 7 | Bradco Trencher | 4,000.00 | 4,000.00 | | 3,900.00 | FA |
| 8 | Skid Steer 2 | 25,000.00 | 22,832.00 | | 30,100.00 | FA |
| 9 | Harley Rake Attachment | 4,000.00 | 1,832.00 | | 5,350.00 | FA |
| 10 | John Deere Excavator | 20,000.00 | 17,832.00 | | 38,982.25 | FA |
| 11 | Capital One preference paid in full (u) | 0.00 | 9,032.51 | | 9,032.51 | FA |
| 11 | **Assets Totals** (Excluding unknown values) | **$87,100.00** | **$73,382.55** | | **$134,789.76** | **$0.00** |

| | |
|---|---|
| **Case No.:** 22-04147 | **Trustee Name:** (620060) David G. Rogers |
| **Case Name:** Southern Ridge LLC | **Date Filed (f) or Converted (c):** 12/29/2022 (f) |
| | **§ 341(a) Meeting Date:** 02/09/2023 |
| **For Period Ending:** 09/30/2023 | **Claims Bar Date:** 05/02/2023 |

**Major Activities Affecting Case Closing:**

***ANNUAL REPORT 2023***

Trustee is still working on proofs of claim, i.e. surplus case. All tax returns filed.

***EQUIPMENT***

Auction set March 28, 2023

***2008 TOYOTA TRUCK***

Auction set for March 28, 2023

***TWO FLAT BED TRAILERS***

Auction set for March 28, 2023

***CAPITAL ONE PREFERENCE***

Capital One paid all preferences in full in the amount of $9032.51.

***PROCEDURAL HISTORY***

1/23/23 - motion hire DR as attorney for trustee
2/27/23 - order approving hiring of DR as attorney
3/2/23 - motion hire auctioneer
3/2/23 - motion auction
3/28/23 - order employ auctioneer
3/28/23 - order allowing sale
3/28/23 - motion pay attorney
3/28-23 - motion hire CPA

***TAX***

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 22-04147  
**Case Name:** Southern Ridge LLC  
**For Period Ending:** 09/30/2023

**Trustee Name:** (620060) David G. Rogers  
**Date Filed (f) or Converted (c):** 12/29/2022 (f)  
**§ 341(a) Meeting Date:** 02/09/2023  
**Claims Bar Date:** 05/02/2023

5/24/23 - t/c CPA

No IRS tax return of member required - Schedule C says single member LLC

2023 F&E return required - filed - no federal return filed

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 06/28/2024 | **Current Projected Date Of Final Report (TFR):** 06/28/2024 |
| 10/27/2023 | /s/David G. Rogers |
| Date | David G. Rogers |